# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RYAN M. WHITMORE, et al. | |
| Plaintiffs, | CIVIL ACTION NO. 3:21-cv-01606 |
| v. | (SAPORITO, M.J.) |
| CBK RESORT HOLDINGS, LLC, individually and d/b/a Camelback Lodge and Aquatopia Indoor Waterpark, et al., | |
| Defendants. | |

## ORDER

**AND NOW**, this 13th day of July, 2022, upon consideration of the plaintiffs' motion to compel production of the January 5, 2022, recorded statement of defendants' employee, Connor Kloiber, and in accordance with the accompanying Memorandum, the motion is DENIED.

JOSEPH F. SAPORITO, JR.
U.S. Magistrate Judge

Dated: July 13, 2022